1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  ALISON E. DAW (CABN 137026)
   Assistant United States Attorney
4       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
5       Telephone: (415) 436-7073
        FAX: (415) 436-6748
6       Alison.daw@usdoj.gov

7  Attorneys for Defendant
   National Archives and Records Administration
8

9

                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
                          OAKLAND DIVISION

| | |
|---|---|
| MELANIE L. PROCTOR, | Case 18-cv-05672 KAW |
| Plaintiff, | |
| v. | **STIPULATION TO LIFT STAY AND SET A NEW SCHEDULE FOR SUMMARY JUDGMENT MOTIONS; [PROPOSED] ORDER** |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | |
| Defendant. | |

On January 3, 2019, the Court granted the parties' request to stay the summary judgment briefing schedule in light of the lapse in funding of the Department of Justice. Based upon the January 25, 2019 continuing resolution, which funds the agency through midnight on February 15, 2019, the parties respectfully r4equerst that the Court lift the stay and set a new briefing schedule. The parties propose the following schedule:

Plaintiff's opening brief due: March 7, 2019

Defendant's opposition and cross-motion due: March 28, 2019

Plaintiff's opposition and reply brief due: April 18, 2019

Defendant's reply brief due April 25, 2019

Hearing: May 16, 2019 at 1:30 p.m.

    IT IS SO STIPULATED

Dated: January 31, 2019                                Respectfully submitted,

                                                       DAVID L. ANDERSON
                                                       United States Attorney

                                                       _/s/_
                                                       ALISON E. DAW
                                                       Assistant United States Attorney
                                                       Attorneys for Defendant

Dated: January 31, 2019                                Respectfully submitted,


                                                       _/s/_
                                                       MELANIE L. PROCTOR[1]
                                                       Plaintiff

---

[1] I, Alison E. Daw, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION TO LIFT STAY AND SET NEW MSJ BRIEFING SCHEDULE
18-CV-05672 KAW

**[PROPOSED]** ORDER

Pursuant to parties' stipulation and good cause appearing therefor, the Court hereby lifts the stay and sets the following schedule:

Plaintiff's opening brief due: March 7, 2019

Defendant's opposition and cross-motion due: March 28, 2019

Plaintiff's opposition and reply brief due: April 18, 2019

Defendant's reply brief due April 25, 2019

Hearing: May 16, 2019 at 1:30 p.m.

IT IS SO ORDERED.

Date: 2/5/2019

KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION TO LIFT STAY AND SET NEW MSJ BRIEFING SCHEDULE
18-CV-05672 KAW

3